**No. 10-10989. Brian Carmichael, Petitioner v. New York.**

565 U.S. 860, 132 S. Ct. 199, 181 L. Ed. 2d 105, 2011 U.S. LEXIS 5835.

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 73 App. Div. 3d 622, 901 N.Y.S.2d 48.

**No. 10-10990. Norris Rogers, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.**

565 U.S. 861, 132 S. Ct. 199, 181 L. Ed. 2d 105, 2011 U.S. LEXIS 6376.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10991. Jesse F. Reece, Sr., Petitioner v. Walden Affordable, LLC, et al.**

565 U.S. 861, 132 S. Ct. 199, 181 L. Ed. 2d 105, 2011 U.S. LEXIS 5941,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 388 Fed. Appx. 464.

**No. 10-10992. Gregory Ruff, Petitioner v. Florida.**

565 U.S. 861, 132 S. Ct. 199, 181 L. Ed. 2d 105, 2011 U.S. LEXIS 6140.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

**No. 10-10993. Ishmael Salahuddin, aka Ismail Saladin, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 861, 132 S. Ct. 199, 181 L. Ed. 2d 105, 2011 U.S. LEXIS 5900.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10995. Solomon Tekle, Petitioner v. United States (two judgments).**

565 U.S. 861, 132 S. Ct. 199, 181 L. Ed. 2d 105, 2011 U.S. LEXIS 6084.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10996. James Zackary, III, Petitioner v. United States.**

565 U.S. 861, 132 S. Ct. 200, 181 L. Ed. 2d 105, 2011 U.S. LEXIS 6335.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 427 Fed. Appx. 850.